*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

UNPUBLISHED
May 14, 2020

v

DIONTE DESHAUN CLINGMAN,

        Defendant-Appellant.

No. 334806
Macomb Circuit Court
LC No. 2016-000099-FC

## ON REMAND

Before: BOONSTRA, P.J., and BECKERING and RONAYNE KRAUSE, JJ.

BOONSTRA, J. (*concurring*).

        I concur in the result only.

                                      /s/ Mark T. Boonstra

-1-